# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 18-888

FARIDA SHAVKATOVA NIZAMUTDINOVA, THROUGH HER LEGAL REPRESENTATIVE RUPINDER JEET SINGH

VERSUS

KAPPA SIGMA FRATERNITY, ET AL.

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. C-2017-5360, DIVISION J
HONORABLE KRISTIAN DENNIS EARLES, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

## ULYSSES GENE THIBODEAUX
## CHIEF JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Billy Howard Ezell, and John E. Conery, Judges.

REVERSED AND REMANDED.

**Thomas Reginald Hightower, Jr.**
**Patrick Wade Kee**
**P. O. Drawer 51288**
**Lafayette, LA 70505**
**Telephone: (337) 233-0555**
**COUNSEL FOR:**
    **Defendant/Appellee – Camp Sledge as Agent for Kappa Sigma**
    **Fraternity and Camp Sledge**

**Travis Q. Besline**
**Mickey Stephens deLaup**
**Mickey S. deLaup, APLC**
**2701 Metairie Road**
**Metairie, LA 70001**
**Telephone:  (504) 828-2277**
**COUNSEL FOR:**
> **Defendant/Appellee – Manny Duhon as agent for Kappa Sigma Fraternity and Manny Duhon**

**Bruce David Beach**
**Keith Saverio Giardina**
**Law Offices of Keith S. Giardina**
**9100 Bluebonnet Centre – Suite 300**
**Baton Rouge, LA 70809**
**Telephone:  (225) 293-7272**
**COUNSEL FOR:**
> **Defendant/Appellee – Alex Frederick as Agent for Kappa Sigma Fraternity and Alex Frederick**

**Melvin Alan Eiden**
**Rabalais & Hebert, LLC**
**701 Robley Drive – Suite 210**
**Lafayette, LA 70503**
**Telephone:  (337) 981-0309**
**COUNSEL FOR:**
> **Defendants/Appellees – Kappa Sigma Fraternity, Kappa Sigma Fraternity-Epsilon-Chi Housing Corp., Kappa Sigma Fraternity-Epsilon-Chi Chapter, Kappa Sigma Frat and Kappa Sigma Frat-Epsilon-Chi Chapter, and Kappa Sigma Frat-Epsilon-Chi Housing Corp.**

**J. Neale deGravelles**
**Benjamin B. Treuting**
**deGravelles, Palmintier, LLP**
**618 Main Street**
**Baton Rouge, LA 70801**
**Telephone:  (225) 344-3735**
**COUNSEL FOR:**
> **Plaintiff/Appellant – Farida Shavkatova Nizamutdinova, Through Her Legal Representative Rupinder Jeet Singh**

**Douglas E. Fierberg**
**Jonathon N. Fazzola**
**Fierberg Nat'l Law Group, PLLC**
**161 East Front Street – #200**
**Traverse City, MI 49684**
**Telephone: (231) 933-0180**
**COUNSEL FOR:**

>   **Plaintiff/Appellant – Farida Shavkatova Nizamutdinova, Through Her Legal Representative Rupinder Jeet Singh**

**Lauren Begneaud**
**Caffery, Oubre, Campbell & Garrison, L.L.P.**
**100 East Vermillion Street – Suite 201**
**Lafayette, LA 70501**
**Telephone: (337) 232-6581**
**COUNSEL FOR:**

>   **Defendant/Appellee – Imaan Ouedrago, Agent for Kappa Sigma and Imaan Ouedrago**

**THIBODEAUX, Chief Judge.**

For the reasons discussed in the companion case of *Farida Shavkatova Nizamutdinova v. Kappa Sigma Fraternity, et al.*, 18-886 (La.App. 3 Cir. __/__/19), __ So.3d __, the judgment of the trial court is reversed and remanded. Costs of the appeal are assessed to defendant/appellee, Imaan Ouedrago.

**REVERSED AND REMANDED.**